No. 25, Misc. CUTLIP *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. Fred H. Caplan,* Assistant Attorney General of West Virginia, for respondent.

No. 27, Misc. BROADDUS *v.* SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Kenneth C. Patty,* First Assistant Attorney General of Virginia, for respondent.

No. 29, Misc. SHERIDAN *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 30, Misc. IN RE THOMPSON. C. A. 9th Cir. Certiorari denied. *Stanley Mosk,* Attorney General of California, *Doris H. Maier* and *Edsel W. Haws,* Deputy Attorneys General, for respondent.

No. 31, Misc. CARTER *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 33, Misc. POSEY *v.* MURRAY, JUDGE. Supreme Court of Indiana. Certiorari denied. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, and *Richard M. Givan,* Assistant Attorney General, for respondent.

No. 37, Misc. SISK *v.* EBY, JUDGE, ET AL. Supreme Court of Indiana. Certiorari denied. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, and *Richard M. Givan,* Assistant Attorney General, for respondents.